FILED
FEB 25 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE MOEDANO-PEREZ,<br>　　　　　　　Defendant. | Criminal No. 08CR4366-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Joint motion to continue the motion hearing having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled in Criminal Case No.08cr4366 be continued from March 26, 2009 at 9:00 a.m. until April 3, 2009 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act.

**SO ORDERED.**

Dated: 2-25-09

_____
HONORABLE GORDON THOMPSON JR.
U.S. DISTRICT COURT JUDGE